[Cite as *Almen v. Unknown*, 2010-Ohio-5224.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JAMES ALMEN

     Plaintiff

     v.

UNKNOWN

     Defendant

     Case No. 2010-06761-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF DISMISSAL

On May 4, 2010, this court issued an entry dismissing the City of Columbus as a defendant. The plaintiff was ordered to submit an amended complaint which names a state entity as party defendant on or before June 2, 2010, or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, the case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

James Almen
1515 Argus Road
Columbus, Ohio 43227

Filed 6/21/10
Sent to S.C. reporter 10/22/10